**99–765.   State v. Suffecool.**
Stark App. No. 1998CA00101. Upon consideration of the jurisdictional memoranda filed in this case, the court hereby allows the appeal on Propositions of Law Nos. III, IV, and V. The Clerk shall issue an order for the transmittal of the record from the Court of Appeals for Stark County, and the parties shall brief this case in accordance with the Rules of Practice of the Supreme Court of Ohio.

IT IS FURTHER ORDERED by the court, *sua sponte,* that this cause is to be argued on the same date as 99–286, *State v. Williams.*

IT IS FURTHER ORDERED by the court, *sua sponte,* that Supreme Court case No. 99–764, *State v. Worthy,* is to be briefed on appellee Donald Worthy's Cross–Propositions of Law Nos. I through V and is to be argued on the same date as Supreme Court case Nos. 99–286, *State v. Williams,* and 99–765, *State v. Suffecool.*

LUNDBERG STRATTON, J., dissents.

**99–1288.   State ex rel. Gay v. State Personnel Bd. Review.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. On July 27, 1999, relator filed an amended complaint for a writ of mandamus. Relator's amended complaint did not include the certificate of service required by S.Ct.Prac.R. XIV(2)(C). Accordingly,

IT IS ORDERED by the court, *sua sponte,* that relator's amended complaint be, and hereby is, stricken.

## MISCELLANEOUS DISMISSALS

**99–1370.   Davis v. Columbus.**
Franklin App. No. 98AP–1058. This cause is pending before the court as a discretionary appeal. Upon consideration of appellants' application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Tuesday, August 10, 1999*

## MOTION DOCKET

**98–912.   State v. Smith.**
Lorain App. No. 96CA006331. This cause is pending before the court as an appeal from the Court of Appeals for Lorain County. Upon consideration of appellant's motion to continue oral argument currently scheduled for October 12, 1999,

IT IS ORDERED by the court that the motion to continue oral argument be, and hereby is, denied.